| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barry, Ben T. | Arkansas-Bankruptcy Court | 5/6/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Bankruptcy Judge - Active | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

35 East Mountain, Room 411
Fayetteville, AR 72701

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Managing Partner | SRB (Small Real Estate Partnersip) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Ben T. | 5/6/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Mississippi Bankruptcy Conference (Sponsored by Ole Miss) | February 8, 2013 | Memphis, TN | Seminar | Transportation, Meals, Hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Ben T. | 5/6/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SRB (Real Estate in Sebastian Co. AR ) | B | Rent | L | W | | | | | |
| 2. BTB IRA [from 401(k)] | D | Int./Div. | N | T | | | | | |
| 3. -Cash Equivalent Fidelity Fund 59 | | | | | | | | | |
| 4. -FFCB 1.3 % Matures 12/23/2013 | | | | | Matured | 12/23/13 | K | | See note in Part VIII |
| 5. -FHLB 3.5 Matures 3/8/2013 | | | | | Matured | 03/08/13 | L | | |
| 6. -Vanguard Inflation Protected AD (VAIPX) | | | | | | | | | |
| 7. -Vanguard Short Term Inv. Grade (VFSUX) | | | | | | | | | |
| 8. -Toyota Motor Credit Corp. 1.25% 11/17/14 | | | | | | | | | |
| 9. -Berkshire Hathaway Fintl 5.1% 7/15/14 | | | | | | | | | |
| 10. -General Elec. Cap. Corp. 5.5% 7/15/14 | | | | | | | | | |
| 11. -JP Morgan Chase & Co. 4.65% 6/1/14 | | | | | | | | | |
| 12. -Caterpillar Fin Serv Crp 4.625% | | | | | | | | | |
| 13. -SBC Communications Inc. 5.1& 9/15/14 | | | | | | | | | |
| 14. -Conoco Phillips 4.6% 1/15/15 | | | | | | | | | |
| 15. -Wells Fargo & Co. 1.25% 2/13/15 | | | | | | | | | |
| 16. -Bank of New York Mellon 2.95% 06/18/15 | | | | | | | | | |
| 17. -FHLB 1.15% 7/24/14 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Ben T. | 5/6/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -FNMA .5% 9/28/15 | | | | | Sold | 12/19/13 | L | | |
| 19.  -Goldman Sachs Group Inc. 5.5% 11/15/14 | | | | | | | | | |
| 20.  -Toyota Motor Credit Group 1.25% 11/17/14 | | | | | | | | | |
| 21.  -Anheuser Busch Inbev Wor 5.375% 11/15/14 | | | | | | | | | |
| 22.  -US Bancorp 3.125% 04/01/15 | | | | | | | | | |
| 23.  -Merck & Co. Inc. 4.75% 03/01/2015 | | | | | | | | | |
| 24.  -JP Morgan Chase & Co. 5.25% 05/01/15 | | | | | | | | | |
| 25.  - Home Depot (HD) 5.4% 03/01/15 | | | | | Buy | 03/25/13 | K | | |
| 26.  Ben T. Barry Roth IRA | D | Int./Div. | N | T | | | | | |
| 27.  -Fidelity Fund 59 NF Money Market | | | | | | | | | |
| 28.  -Fidelity Intl Discovery FD #305 | | | | | Sold (part) | 12/03/13 | J | | |
| 29.  -Vanguard Equity Income Fund (VEIRX) | | | | | Sold (part) | 12/03/13 | J | | |
| 30.  -Vanguard Mid Cap Index Fund | | | | | Sold (part) | 01/15/13 | J | | |
| 31.  -Vanguard Mid Cap Index Fund | | | | | Sold (part) | 12/03/13 | J | | |
| 32.  -Vanguard Total Stock Market Index Fund | | | | | Sold (part) | 01/15/13 | J | | |
| 33.  -Vanguard Total Stock Market Index Fund | | | | | Sold (part) | 12/03/13 | J | | |
| 34.  -Vanguard 500 Index Fund | | | | | Sold (part) | 01/15/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Ben T. | 5/6/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vanguard 500 Index Fund | | | | | Sold (part) | 12/03/13 | K | | |
| 36. -Vanguard Small-Cap Growth Index Fund 861 | | | | | Sold (part) | 01/15/13 | J | | |
| 37. -Vanguard Small-Cap Growth Index Fund 861 | | | | | Sold (part) | 12/03/13 | J | | |
| 38. -Vanguard Short-Term Investment Grade Fund Admiral #539 | | | | | Buy | 01/15/13 | K | | |
| 39. -Vanguard Short-Term Investment Grade fund #539 | | | | | Buy (add'l) | 12/03/13 | L | | |
| 40. Ben T. Barry IRA - Inherited | A | Int./Div. | K | T | | | | | |
| 41. -Fidelity Fund 59 F Money Market | | | | | | | | | |
| 42. -Fidelity Intl Discovery FD #305 | | | | | Sold (part) | 01/22/13 | J | | |
| 43. -Vanguard Mid Cap Index Fund | | | | | Sold (part) | 01/22/13 | J | | |
| 44. -Vanguard Total Stock Market Index Fund | | | | | | | | | |
| 45. -Vanguard 500 Index Fund | | | | | | | | | |
| 46. -Vanguard Small-Cap Growth Index Fund 861 | | | | | Sold (part) | 01/22/13 | J | | |
| 47. -Vanguard Equity Income Fund (VEIRX) | | | | | Sold (part) | 01/22/13 | J | | |
| 48. WATS Stock | C | Int./Div. | J | T | | | | | |
| 49. 1 acre Sebastian Co. AR) | | None | L | W | | | | | ** |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Ben T. | 5/6/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Ben T. | 5/6/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I.  SRB is a small real estate partnership.  The income is listed in Part VII, #1.


VII.

#4 Value Code should have been "K" in 2012 rather than "L."  (Typo)


#57 Rent house was demolished in late 2011.  Now there remains only the 1 acre of raw land, which generates no income.

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Ben T. | 5/6/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ben T. Barry**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544